UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00289-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **REGINALD ANTHONY HUNTER,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Compel Attorney to Surrender the Case File. While defendant states that he has requested a copy of his case file from his community defender, he does not state that counsel has refused. Thus, there is no basis to compel the community defender to act; however, inasmuch as defendant has an ongoing civil action alleging ineffective assistance, the court will instruct the community defender to make a copy of defendant's file and provide it to defendant *if it has not done so already*. Excluded from such production are any documents as to which any discovery agreement, plea agreement, or federal rule prohibits retention, provision, or reproduction.

Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Compel Attorney to Surrender the Case File (#48) is GRANTED in part and DENIED in part, and the community defender shall provide defendant with a copy of his case file if it has not done so already consistent with the instructions in this Order.

For purposes of creating a complete record, the Clerk of Court is instructed to place a copy of this Order in 3:15cv333.

Signed: September 16, 2015

Max O. Cogburn Jr.
United States District Judge