UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00333-MOC

| | | |
|---|---|---|
| **REGINALD ANTHONY HUNTER,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the court on petitioner's Motion for Leave to File Supplemental Pleading and the government's Motion for Extension of Time. Having considered petitioner's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that petitioner's Motion for Leave to File Supplemental Pleading (#6) and the government's Motion for Extension of Time (#7) are **GRANTED**, petitioner is granted **LEAVE** to supplement and the Petition is so supplemented without further filing as provided in the text of such motion, and the government is **ALLOWED** 60 days from the entry of this Order to Answer or otherwise respond to the Petition as so supplemented.

Signed: October 21, 2015

Max O. Cogburn Jr.
United States District Judge