UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00333-MOC

| | | |
|---|---|---|
| **REGINALD ANTHONY HUNTER,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the court on respondent's Response to Petitioner's Motion to Vacate, Set Aide, or Correct Sentence, which contains a Motion to Dismiss within the body of the response. Having considered respondent's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that petitioner is ALLOWED 30 days within which to file a Reply to the respondent's Response to Petitioner's Motion to Vacate, Set Aide, or Correct Sentence (#15), which contains a Motion to Dismiss. Petitioner is instructed that this is his opportunity to explain in writing to the court why the legal reasons given by the government in support of its Motion to Dismiss are wrong.

Signed: January 8, 2016

Max O. Cogburn Jr
United States District Judge