IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-00333-MOC
(3:12-CR-00289-MOC-1)

| | |
|---|---|
| REGINALD ANTHONY HUNTER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on Petitioner's letter filed on March 6, 2020, which the Court construes as a Motion for Evaluation to Determine Mental Condition. [Doc. 31].

Petitioner asserts that at the time of his criminal offenses, he was unknowingly suffering from a head injury. Petitioner requests the Court order the Bureau of Prisons to examine Petitioner in order to determine his present and past mental conditions. [Doc. 31, p. 2].

Petitioner's 28 U.S.C. §2255 Motion to Vacate, Set Aside, or Correct Sentence in this matter was dismissed by this Court on February 5, 2016. [Doc. 21]. The Fourth Circuit Court of Appeals subsequently dismissed Petitioner's appeal. [Docs. 26, 27]. This matter has been concluded since 2016. Petitioner cannot seek the relief he requests in this proceeding.

**IT IS, THEREFORE, ORDERED** that Petitioner's Motion for Evaluation to Determine Mental Condition [Doc. 31] is **DENIED**.

**IT IS SO ORDERED**.

Signed: April 20, 2021

Max O. Cogburn Jr.
United States District Judge